IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KUEHBECK, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>GENESIS MICROCHIP, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C 02-05344 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON JULY 21, 2006, AT 9:00 A.M.:

    The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

    The Court **tentatively GRANTS** the motion for preliminary approval of the settlement.

    The parties each shall have ten (10) minutes to address the following questions:

    1.    Do the parties anticipate any conflicts among the class with respect to those persons who purchased Genesis common stock between April 29, 2002 and May

|   |   |   |
|---|---|---|
| 1 |   | 29, 2002 and for those persons who purchased common stock between May 30, 2005 and June 14, 2002? *See Torrisi v. Tucson Elec. Power Co.,* 8 F.3d 1370, 1377078 (9th Cir. 1993). |
| 4 | 2. | There are certain class members who may receive nothing under the terms of the Settlement, yet will still be bound by the settlement. Would the parties object to including in the notice language similar to that required by Judge Walker in *In re Patriot American Hospitality Inc. Securities Litigation,* 2005 U.S. Dist. LEXIS 40993, *11? If so, on what basis? |
| 9 | 3. | Similarly, would the parties object to including language in the notice to the effect that if certain conditions arise, the defendants may terminate the settlement (*see* Settlement Agreement, ¶ 7.6)? If so, on what basis? |
| 12 | 4. | What is the rationale for a one time publication over multiple publications in *Investors Business Daily*? Similarly, what is the rationale for using that newspaper rather than a newspaper with broader circulation such as the *Wall Street Journal*? |
| 16 | 5. | Is there a reason class counsel did not include their phone numbers in the notice? Do the parties object to including this information in the notice? *See* 15 U.S.C. § 78u-4(a)(7)(D). |
| 19 | 6. | This is an e-filing case. How do the parties plan to keep track of objections that are not electronically filed with the Court? |
| 21 | 7. | Are there any other issues the parties wish to address? |

**IT IS SO ORDERED.**

Dated: July 20, 2006

*Jeffrey S. White*

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE