# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE KUEHBECK, on behalf of herself and all others similarly situated, | ) CASE NO.: C02-05344 JSW ) ) CLASS ACTION ) ) PRESS RELEASE ) ) EXHIBIT A-4 ) ) Before: Hon. Jeffrey S. White ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| GENESIS MICROCHIP INC.", AMNON FISHER, ERIC ERDMAN, and ANDERS FRISK | |
| Defendants. | |

BUS Summary Notice of Pendency of Class Action, Proposed Settlement and Settlement Hearing in Genesis Microchip Inc—

(*Business Wire*)—The following Summary Notice is issued by Wolf Popper LLP regarding Genesis Microchip Inc. pursuant to Order of the United States District Court for the Northern District of California:

TO:  ALL PERSONS WHO PURCHASED OR ACQUIRED GENESIS MICROCHIP INC. ("GENESIS") COMMON STOCK ON THE OPEN MARKET, DURING THE PERIOD BEGINNING APRIL 29, 2002 THROUGH JUNE 14, 2002, INCLUSIVE

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of California, that a hearing will be held on December 8, 2006, at 9:00 a.__.m., before the Honorable Jeffrey S. White at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, for the purpose of determining (1) whether the proposed settlement of the claims in the Litigation for the sum of $1,750,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) whether this Litigation should be dismissed with prejudice as set forth in the Stipulation of Settlement dated as of May 25, 2006; (3) whether the Plan of Allocation is fair, reasonable and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees and reimbursement of expenses incurred in connection with this Litigation should be approved.  As set forth in the **Stipulation of Settlement, Defendants have the right to terminate the Settlement if certain conditions arise.**

If you purchased Genesis common stock on the open market during the period April 29, 2002 through June 14, 2002, inclusive, your rights may be affected by the settlement of this Litigation.  If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action and a copy of the Proof of Claim and Release, you may obtain copies by writing to *Genesis Microchip, Inc. Securities Litigation,* c/o Garden City Group, P.O. Box 9000, #6433, Merrick, New York 11566-9000 or at www.gardencitygroup.com.  Class members are required to file a proof of claim by _____ December 15, 2006 to participate in the settlement.

**The exact recovery received by each Settlement Class Member is determined by the Plan of Allocation.  Under the Plan of Allocation, some Settlement Class Members will**

receive nothing but will nonetheless give up their right to pursue released claims against the released persons. Please consider the above in light of all options available.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: August 3, 2006

_____
[signature]
BY THE ORDER OF THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA