IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KUEHBECK,<br><br>    Plaintiff,<br><br>  v.<br><br>GENESIS MICROCHIP INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 02-05344 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON DECEMBER 8, 2006:

The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings.  If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing.  If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing.  *C.f.* N.D. Civil Local Rule 7-3(d).  The parties will be given the opportunity at oral argument to explain their reliance on such authority.  The parties shall not file written responses to the questions posed in this notice.

The Court **tentatively GRANTS** Plaintiff's motion for final approval of the Settlement and Class Action and application for award of attorney's fees and reimbursement of expenses.

The parties each shall have ten (10) minutes to address the following questions:

1. The Court has reviewed the Supplemental Finkel declaration. If, prior to the hearing, the parties receive any belated objections or additional exclusions, they shall bring them to the attention of the Court on or before December 7, 2006.

2. Assuming the Court grants Plaintiff's request for a fee award of 25% of the settlement fund, and if the Court grants the request for the $15,000 award to Plaintiff and grants the request for all costs and expenses, is the Court correct that total *attorneys* fees to be awarded would amount to $ 422,597.10 (1.75M - 15,000 - 42,881.98 - 1,729.72 = 1,690,388.4/4 = $422,597.10)?

    a. Is the Court correct, based on the lack of a written objection, that the Defendants do not object to the fees and expenses sought by Lead Plaintiff and her counsel?

3. Are there any other issues the parties wish to address?

**IT IS SO ORDERED.**

Dated: December 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE