William M. Audet, Esq. (SBN 117456)
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: 408.289.1776
Facsimile: 408.287.1776

Lead Plaintiff's Liaison Counsel


Robert C. Finkel, Esq.
Patricia I. Avery, Esq.
Danielle Disporto, Esq.
WOLF POPPER LLP
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093

Lead Plaintiff's Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE KUEHBECK, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>GENESIS MICROCHIP INC., AMNON FISHER, ERIC ERDMAN, and ANDERS FRISK.,<br><br>           Defendants. | CASE NO: C02-5344(JSW)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPROVING LEAD COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (INCLUDING LEAD PLAINTIFF'S LOST WAGES)<br><br>DATE: December 8, 2006<br>TIME: 9:00 am<br>JUDGE: Honorable Jeffrey S. White<br>COURTROOM: 2, 17th Floor |

Order Approving Lead Counsel's Application for an Award of Attorneys' Fees
And Reimbursement of Expenses (Including Lead Plaintiff's Lost Wages)
CASE NO: C02-5344(JSW)

Doc. 154996

1  This matter having come before the Court on December 8, 2006, on Lead Counsel's
2  Application for an Award of Attorneys' Fees and Reimbursement of Expenses (Including Lead
3  Plaintiff's Lost Wages). No persons having appeared to object or filed objections and exclusions having been filed as noted in the Final Judgment entered this date,
4  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:
5  1.  For purposes of this Order, the terms used herein shall have the meanings as set
6  forth in the Stipulation and Agreement of Settlement dated as of May 25, 2006 ("the
7  Stipulation"), and filed with the Court.
8  2.  The awarded attorneys' fees and expenses and interest earned thereon and the
9  amounts awarded to Lead Plaintiff shall be paid to Lead Counsel subject to the terms, conditions,
10  and obligations of the Stipulation.
11  2.  Class Counsel are awarded fees in the amount of $ 422,597.10 , equal to
12  25% of the Net Settlement Fund calculated by first reducing the Settlement Fund by the amount
13  of expenses (including Lead Plaintiff's lost wages) awarded herein. The Court finds that the fee
14  award is a reasonable percentage of the $1.75 million Settlement Fund, in consideration of all
15  relevant factors.
16  3.  Class Counsel are awarded reimbursement of their litigation expenses in the
17  amount of $ 44,611.70 .
18  4.  Class Representative Christine Kuehbeck is awarded $ 15,000 as reimbursement
19  of expenses (including lost wages).
20
21  **IT IS SO ORDERED**
22
23  Dated: December 8    , 2006
24
25
26  THE HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE
27
28

Order Approving Lead Counsel's Application for an Award of Attorneys' Fees
And Reimbursement of Expenses (Including Lead Plaintiff's Lost Wages)
CASE NO: C02-5344(JSW)    2

Doc. 154996