IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KUEHBECK, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>GENESIS MICROCHIP, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 02-05344 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON AUGUST 17, 2007 AT 9:00 a.m.:

The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively GRANTS** the motion to distribute the net settlement fund.

The parties each shall have ten (10) minutes to address the following questions:

1. Have there been any claimants who have contested the Settlement Administrator's determination of their claim subsequent to the filing of this motion?
2. Have there been any further adjustments regarding Proofs of Claim subsequent to the filing of the motion? *See* Declaration of Steven J. Cirami, ¶ 15.
3. Are there any other issues the parties wish to address?

**IT IS SO ORDERED.**

Dated: August 15, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE