United States District Court

For the Northern District of California

1

2

3

4                                    **NOT FOR PUBLICATION**

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CHRISTINE KUEHBECK, on behalf of
    herself and all others similarly situated,

10                                                      No. C 02-05344 JSW

11          Plaintiff,
                                                        **ORDER GRANTING**
                                                        **PLAINTIFF'S MOTION TO**
12      v.                                              **APPROVE DISTRIBUTION OF**
                                                        **THE NET SETTLEMENT FUND**
13  GENESIS MICROCHIP INC., AMNON
    FISHER, ERIC ERDMAN, and ANDERS
    FRISK,

14

15          Defendants.

16  _____/

17          On December 8, 2006, this Court entered a judgment as to Defendants Genesis

18  Microchip Inc., Amnon Fisher, Eric Erdman, and Anders Frisk, approving the terms and

19  provisions of the Stipulation of Settlement dated May 25, 2006 (the "Stipulation of Settlement")

20  in this class action and awarding counsel fees and expenses.

21          On July 13, 2007, Plaintiff filed a motion to approve the distribution of the net

22  settlement fund and noticed the matter for a hearing on August 17, 2007.  Defendants have filed

23  a statement of non-opposition to that motion.  Having considered Plaintiff's motion and the

24  declarations in support thereof, the lack of opposition from Defendants, relevant legal authority,

25  the record in this case, and having had the benefit of oral argument, the Court HEREBY

26  GRANTS the motion.

27  //

28  //

**United States District Court**
For the Northern District of California

1   Accordingly, it is HEREBY ORDERED that the Net Settlement Fund be distributed as

2   soon as practicable to the claimants listed in Exhibit "B" to the Declaration of Steven J. Cirami

3   ("Cirami Declaration"), which list includes the Authorized Claimants who timely filed their

4   claims and those claimants whose claims were filed late but who, in every other respect, have

5   filed valid claims, pursuant to the Plan of Allocation described in the Notice of Pendency and

6   Proposed Settlement of Class Action; and it is

7   FURTHER ORDERED that the claims set forth in Exhibit "C" to the Cirami

8   Declaration are hereby rejected and that any future filed claims are hereby rejected as untimely;

9   and it is

10   FURTHER ORDERED that Garden City Group, Inc. (the "Settlement Administrator")

11   be paid fees and reimbursed expenses in the amount of $111,274.59 out of the Net Settlement

12   Fund, as requested in ¶22 of the Cirami Declaration; and it is

13   FURTHER ORDERED, that the Settlement Administrator shall make reasonable and

14   diligent efforts to distribute the Net Settlement Fund to those Authorized Claimants listed in

15   Exhibit B to the Cirami Declaration, as provided in the Stipulation of Settlement, and any

16   balance remaining in the Net Settlement Fund after six (6) months from the date of the initial

17   distribution of the Net Settlement Fund (whether by reason of tax refunds, uncashed checks or

18   otherwise), shall, if feasible (in the judgment of Lead Counsel), be reallocated among the

19   Authorized Claimants in an equitable and economic fashion. Thereafter, any balance which still

20   remains in the Net Settlement Fund three (3) months from the date of any such supplemental

21   distribution, shall be contributed to non-sectarian, not-for-profit charitable organizations serving

22   the public interest, designated by, and unaffiliated with, Lead Counsel; and it is

23   FURTHER ORDERED, that the Settlement Administrator, the parties, counsel herein in

24   any capacity in which they may act hereunder, and any employees or agents of such Settlement

25   Administrator, law firms or the parties (including without limitation those employees who may

26   furnish services in connection with the settlement) shall not be liable for anything done or

27   omitted to be done in connection with the Settlement and the administration thereof except for

28   their own willful misconduct; and it is

FURTHER ORDERED that this Court retains jurisdiction over any further application or matter which may arise in connection with this action.

**IT IS SO ORDERED.**

Dated: August 17, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28